UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIGNE BERGMAN,

                Plaintiff(s),

   v.

IVAN MOTO,

               Defendant(s).

CASE NO. C22-0161-KKE

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

      This matter came before the Court on Plaintiff's Motion to Seal and for Sanctions. Dkt. No. 76. For the reasons stated below, the Court GRANTS IN PART Plaintiff's motion.

      Defendant filed a declaration that references Plaintiff's law firm's full bank account number and routing number, in violation of Local Civil Rule 5.2(a)(4). *See* Dkt. No. 74. Plaintiff thereafter filed a motion to seal and for sanctions related to the improper filing. Dkt. No. 76.

      In the interest of safeguarding Plaintiff's counsel's financial information, the Court GRANTS IN PART the request to seal the declaration (Dkt. No. 74) at this time, and RESERVES RULING on the request for sanctions until it is fully briefed. The clerk is directed to maintain the

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL - 1

declaration of Kay Cole (Dkt. No. 74) under seal, and Defendant is ORDERED to file a redacted version of that declaration that complies with all applicable rules no later than January 8, 2024.

Dated this 2nd day of January, 2024.

Kymberly K. Evanson
United States District Judge