1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIGNE BERGMAN,

                                    Plaintiff(s),

        v.

IVAN MOTO,

                                    Defendant(s).

CASE NO. C22-0161-KKE

ORDER

        This matter comes before the Court on Plaintiff's Motion for Contempt.  Dkt. No. 89.  In light of the status conference set for February 6, 2024 at 2:30 pm (Dkt. No. 92), the Court RENOTES Plaintiff's motion for February 23, 2024 and ORDERS Defendant to refrain from filing a response until after the status conference.

        Dated this 30th day of January, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1