UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIGNE BERGMAN,<br>    Plaintiff,<br> v.<br>IVAN MOTO,<br>    Defendant. | CASE NO. C22-0161-KKE<br><br>ORDER ON SANCTIONS |

Pursuant to the oral ruling issued in open court on February 6, 2024, counsel for the Defendant is sanctioned $300 under Local Civil Rule 11(c) for repeated violations of the Court's orders, resulting in increased time and expense of the adjudication of this matter. Counsel is ordered to issue a check payable to the Clerk of Court within five (5) days of the date of this order.

Dated this 7th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON SANCTIONS - 1