UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIGNE BERGMAN,<br>              Plaintiff,<br>v.<br>IVAN MOTO,<br>              Defendant. | CASE NO. C22-0161-KKE<br><br>ORDER GRANTING AGREED MOTION FOR VOLUNTARY DISMISAL AND CLOSING CASE |

      The Court held a status conference with the parties on February 6, 2024. Dkt. No. 95. At that conference, the parties agreed the only outstanding issue remaining in the case was Defendant's compliance with the Court's Order (Dkt. No. 88) to file a redacted version of the declaration of Ivan Moto at Dkt. No. 75. Defendant has now filed a redacted version of the declaration. Dkt. No. 96.

      Considering the parties' settlement and the Court's resolution of all other outstanding issues, at the conference, Plaintiff orally moved to voluntarily dismiss this case with prejudice. Defendant agreed dismissal was appropriate.

Accordingly, it is hereby ORDERED that the parties' agreed motion to dismiss this case with prejudice is GRANTED. The clerk is directed to close this case.

Dated this 7th day of February, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge